IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CARMELA LYNN JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JACKSON, "JACKSON 5," JANET JACKSON,<br><br>Defendants. | Case No. 23-cv-61-DKW-KJM<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

On February 1, 2023, Plaintiff Carmela Lynn Jackson, proceeding *pro se*, filed a Complaint against Michael Jackson, the "Jackson 5," and Janet Jackson. Dkt. No. 1 ("Complaint"). As with several other complaints this Plaintiff has recently filed in this Court, the Complaint teems with delusion.[1] It alleges that the federal government allowed Michael Jackson and other celebrities to gain "mind control" over her as a little girl in 1984 by speaking to her through her television. Plaintiff also filed an application to proceed *in forma pauperis* (IFP). Dkt. No. 3.

Plaintiff's unhinged allegations have no place in this Court, and nothing can be done to cure the Complaint's deficiencies. *See* 28 U.S.C. § 1915(e)(2)(B); Fed.R.Civ.P. 8(a); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Ashelman v. Pope*,

---

[1] *See e.g.*, *Jackson v. State of Indiana, et al.*, Civil No. 23-cv-00053-DKW-WRP, and *Jackson v. Google, PayPal, Facebook, Twitter, et al.*, Civil No. 23-cv-00064-DKW-WRP.

793 F.2d 1072, 1078 (9th Cir. 1986) (citation omitted) (no opportunity to amend need be permitted where amendment would clearly be futile).  The Complaint is DISMISSED WITH PREJUDICE, the IFP application is DENIED as moot, and the Clerk is instructed to CLOSE this case.

    IT IS SO ORDERED.

    DATED: February 7, 2023 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

*Carmela Lynn Jackson vs. Michael Jackson, et al.*; Civil No. 23-00061 DKW-KJM; **ORDER DISMISSING COMPLAINT WITH PREJUDICE**